UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

RECEIVED IN CLERK'S OFFICE OCT 0 5 2016 U.S. DISTRICT COURT MID. DIST. TENN.

CRAIG CUNNINGHAM, Pro-se )
)
*Plaintiff* )
) CIVIL ACTION NO.: 3:16-cv-1673
v. )                                        )
)
Alpha Recovery Corporation )

*Defendants.*

### Plaintiff's Notice of Voluntary Dismissal with Prejudice

1. The Plaintiff in this case hereby wishes to voluntarily dismiss the case with prejudice. The parties have resolved the case.

Craig Cunningham
Plaintiff, Pro-se
Mailing address:
5543 Edmondson Pike, ste 248
Nashville, Tn 37211
615-348-1977
September 30, 2016

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

CRAIG CUNNINGHAM, Pro-se )
)
    *Plaintiff* )
) CIVIL ACTION NO.: 3:16-cv-1673
v. )
)
Alpha Recovery Corporation )

    *Defendants.*

## Certificate of Service

1. I hereby swear a true copy of the foregoing was mailed to the defendant's attorney of record in this case via USPS First class mail on 9/30/2016: Sam Strange of Hosto Buchan PLLC, PO Box 3397, Little Rock, AR 72203

Craig Cunningham

Plaintiff, Pro-se

Mailing address:

5543 Edmondson Pike, ste 248

Nashville, Tn 37211

615-348-1977
September 30, 2016

## DECLARATION OF ADAM BENTLEY

The undersigned, Adam Bentley, declares under the penalty of perjury that the following is true and correct.

1. I am an adult citizen and resident of Boise, Ada county, Idaho.

2. I am making this declaration as consideration for a Settlement Agreement in the case *Cunningham v. Select Student Loan Help, et al.*, 3:15-CV-554, U.S. District Court Middle District of Tennessee (the "Lawsuit").

3. My business relationship with Technologic, Inc. was being a reseller of a dialing platform and telephone minutes.

4. I was a reseller of services that I purchased from Technologic, Inc.

5. I then resold these services to SB Marketing.

6. I believe that SB Marketing then sold these services to Tobey West.

7. I am not personally familiar with Tobey West, and did not know who he was until I was served with the Lawsuit.

8. I never did business with any of Tobey West's businesses directly.

9. To the best of my knowledge, clients of SB marketing, including Tobey West, would receive the phone calls and the revenue from the phone calls that they generated.

10. Clients of SB Marketing, including Tobey West, would then pay SB Marketing for the minutes they used.

11. In turn, SB Marketing would pay Innovative Media for the minutes it used.

12. Finally, Innovative Media would then pay Technologic, Inc. for the minutes it used.

13. The clients of SB Marketing, including Tobey West, were responsible for generating their own calls.

*[Handwritten margin notes: "Emails/comms", "How did you learn of them", "Contact person"]*

00019266

Case 3:16-cv-01673 Document 7 Filed 10/05/16 Page 3 of 4 PageID #: 17

