# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM )  | |
| ) | Case No. 3:16-1673 |
| v. ) | JUDGE SHARP |
| ) | |
| ALPHA RECOVERY CORPORATION ) | |
| ) | |

## O R D E R

Pursuant to Plaintiff's Notice of Voluntary Dismissal with Prejudice (Docket No. 7), this action is hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE